# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0154
_____

FLORIDA WATER AND MOLD
RESTORATION a/a/o LENA REED,

   Appellant,

   v.

HERITAGE PROPERTY AND
CASUALTY INSURANCE CO.,

   Appellee.

_____

On appeal from the County Court for Escambia County.
Kerra Smith, Judge.

June 14, 2024

PER CURIAM.

   AFFIRMED.

OSTERHAUS, C.J., and BILBREY and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Gray Proctor of Law Office of Gray R. Proctor, Madison, NJ, for Appellant.

Michael R. D'Lugo of Wicker, Smith, O'Hara, McCoy & Ford, P.A., Orlando, for Appellee.